**PASSAIC VALLEY SEWERAGE COM'RS, Plaintiffs in Error, v. UNITED STATES ex rel. John C. TIERNEY, Defendant in Error.**

(Circuit Court of Appeals, Third Circuit. March 5, 1926.)

No. 3384.

In Error to the District Court of the United States for the District of New Jersey; Joseph L. Bodine, Judge.

See, also, 1 F.(2d) 304.

Frederic M. P. Pearse, of Newark, N. J., for plaintiffs in error.

Griggs & Harding, of Paterson, N. J. (John W. Griggs and John W. Harding, both of Paterson, N. J., and Richard E. Dwight and Oscar R. Ewing, both of New York City, of counsel), for defendant in error.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. As the mandamus granted in this case has been virtually superseded and embraced in the mandamus granted in the Holbrook, Cabot & Rollins Case (No. 3452) 11 F.(2d) 748, on appeal to this court, and is disposed of by the opinion filed in the last-mentioned case, the decree entered in this case is affirmed pro forma.